United States District Court
Southern District of Texas
**ENTERED**
December 06, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-04184 |
| § | |
| 5353 W. ALABAMA REALTY, LTD., § | |
| § | |
| Defendants. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within thirty (30) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** thirty (30) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date. The Clerk is directed to administratively **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 6th day of December, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE