IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> 5353 W. ALABAMA REALTY, LTD., ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> Case No. 4:23-CV-04184 |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE

Plaintiff, KIRK MACKEY ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, 5353 W. ALABAMA REALTY, LTD. and this entire action, with Prejudice.

Respectfully submitted this 13th day of December, 2023.

            Law Offices of
            THE SCHAPIRO LAW GROUP, P.L.

            /s/ Douglas S. Schapiro
            Douglas S. Schapiro, Esq.
            Southern District of Texas ID No. 3182479
            The Schapiro Law Group, P.L.
            7301-A W. Palmetto Park Rd., #100A
            Boca Raton, FL 33433
            Tel: (561) 807-7388
            Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on December 13, 2023 upon all counsel or parties.

/s/ Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479